STATE OF NEW JERSEY v. JAMES SIMMONS.

March 25, 1980.

Petition for certification denied.

IN THE MATTER OF ESTATE OF NORMAN G. FROOMKIN,
LATE OF PASSAIC COUNTY.

March 25, 1980.

Petition for certification denied.

PAUL GABRIELE v. PORT AUTHORITY OF NEW YORK
AND NEW JERSEY.

March 25, 1980.

Petition for certification denied.